Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL PERMANN,** | Case No. 3:10-cv-02667-JAH-RBB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **CHECK & CREDIT RECOVERY, INC., a corporation; JOSHUA J. SULLIVAN, an individual.** | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 28th day of December, 2011.

By:  s/Todd M. Friedman
     Todd M. Friedman, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 28th day of December, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 28th day of December, 2011, via the ECF system to:

Honorable John A. Houston
Judge of the United States District Court
Southern District of California

Copy sent via mail on this 28th day of December, 2011, to:

Check Administrative Services, Inc.
a/k/a Check & Credit Recovery, a/k/a CCR
Attn: Joshua J. Sullivan
167 Ashland Avenue
Buffalo, NY 14222

By: s/Todd M. Friedman
     Todd M. Friedman